IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jonathan M. Campbell, | ) | C/A No.: 1:15-3360-MGL-SVH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Warden of McCormick Correctional Institution, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, proceeding pro se, brought this action requesting a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed a motion for summary judgment on January 6, 2016. [ECF No. 19]. As Petitioner is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on January 7, 2016, advising him of the importance of a motion for summary judgment and of the need for him to file an adequate response by February 11, 2016. [ECF No. 20]. Petitioner was specifically advised that if he failed to respond adequately, Respondent's motion may be granted, thereby ending this case. *Id*. On February 10, 2016, and March 16, 2016, the undersigned extended Petitioner's deadline, granting him until April 15, 2016, to respond to Respondent's motion. [ECF Nos. 23, 26].

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Petitioner has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, the undersigned orders Petitioner to advise the court as to whether he wishes

2

to continue with this case and to file a response to Respondent's motion for summary judgment by May 4, 2016. Petitioner is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

*/s/ Shiva V. Hodges*

April 20, 2016  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

2